**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Victor Jose Osorio | Social Security number or ITIN  xxx–xx–7472 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ <br> EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 17–12982–RG | |

# Order of Discharge                                                                                   12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Victor Jose Osorio

5/26/17                                                                    **By the court:**  Rosemary Gambardella
                                                                                                           United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Official Form 318                **Order of Discharge**                page 2

```
                       United States Bankruptcy Court
                            District of New Jersey
In re:                                                         Case No. 17-12982-RG
Victor Jose Osorio                                             Chapter 7
        Debtor               CERTIFICATE OF NOTICE
District/off: 0312-2          User: admin                  Page 1 of 2                  Date Rcvd: May 26, 2017
                              Form ID: 318                 Total Noticed: 41


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 28, 2017.
db           +Victor Jose Osorio,    497 Piermont Road,    Cresskill, NJ 07626-1524
516648626    +Capital One/Neiman Marcus/Bergdorf Goodm,    Po Box 729080,    Dallas, TX 75372-9080
516804271    +Dairyland USA,    240 Food Center Drive,    Bronx, NY 10474-7045
516804273     Federal Wine & Spirits Company,    Port Kearny,    Kearny, NJ 07032
516648637    +Garden Savings F.c.u.,    129 Littleton Rd,    Parsippany, NJ 07054-1897
516804274    +Granite Realty LLC,    Kaplan and Duval, LLP,    530 Old Country Road, Suite 200,
               Westbury, NY 11590-4500
516804275    +Jonathan Colon,    1099 E. 23rd Street,    Paterson, NJ 07513-1624
516804276    +Macy's,   PO Box 78008,    Phoenix, AZ 85062-8008
516804277    +Mercer County Clerk,    240 W State Street,    Trenton, NJ 08608-1002
516804278    +New York State Department of Tax,    WA Harriman Campus,    Albany, NY 12227-0001
516804279   ++++ORIN MANAGEMENT CORP.,    PO BOX 541168,    FLUSHING NY  11354-7168
             (address filed with court: Orin Management Corp.,      PO Box 1168,    Flushing, NY 11354)
516804280    +Ozzie Perez,    163 Greenvale Avenue,    Yonkers, NY 10703-2003
516648640     PNC,   Attn: PNC Customer Service,    Po Box 53520,    Pittsburg, PA 15253
516648641    +Porsche Financial Srvc,    1 Porsche Dr,    Atlanta, GA 30354-1654
516648642    +Specialized Loan Servicing,    P.O.Box 636005,    Littleton, CO 80163-6005
516804281    +State of New Jersey,    Division of Taxation,    PO Box 1018,    Moorestown, NJ 08057-0018
516648649    +TD Retail Card Services,    Attn: Bankruptcy,    1000 Macarthur Blvd,    Mahwah, NJ 07430-2035
516648655    +Visa Dept Store National Bank,    Attn: Bankruptcy,    Po Box 8053,    Mason, OH 45040-8053
516804282    +Wendels Marx Lane & Mittendorf, LLP,    156 W. 56th Street,    New York, NY 10019-3800
516804283    +White House Veal Company,    3591 Lorrie Drive,    Oceanside, NY 11572-5947

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           E-mail/Text: usanj.njbankr@usdoj.gov May 26 2017 22:11:50      U.S. Attorney,    970 Broad St.,
               Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 26 2017 22:11:46      United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
               Newark, NJ 07102-5235
516648621    +EDI: AMEREXPR.COM May 26 2017 21:48:00     Amex,    Correspondence,    Po Box 981540,
               El Paso, TX 79998-1540
516648623     EDI: BMW.COM May 26 2017 21:48:00     Bmw Financial Services,    Attn: Bankruptcy Department,
               Po Box 3608,    Dublin, OH 43016
516648628    +EDI: CHASE.COM May 26 2017 21:48:00     Chase Bank,    Attn: Bankruptcy,    Po Box 15298,
               Wilmington, DE 19850-5298
516648629    +EDI: CHASE.COM May 26 2017 21:48:00     Chase Card,    Attn: Correspondence,    Po Box 15298,
               Wilmington, DE 19850-5298
516648631    +EDI: CHASE.COM May 26 2017 21:48:00     Chase Card,    Po Box 15298,    Wilmington, DE 19850-5298
516648632    +EDI: CHASE.COM May 26 2017 21:48:00     Chase Card Services,    Correspondence Dept,
               Po Box 15278,    Wilmington, DE 19850-5278
516648633     EDI: WFNNB.COM May 26 2017 21:48:00     Comenity Bank/Express,    Po Box 18215,
               Columbus, OH 43218
516804272     EDI: DISCOVER.COM May 26 2017 21:48:00     Discover Financial,    PO Box 15316,
               Wilmington, DE 19850
516648634    +EDI: DISCOVER.COM May 26 2017 21:48:00     Discover Financial,    Po Box 3025,
               New Albany, OH 43054-3025
516648635    +E-mail/Text: bankruptcy.bnc@ditech.com May 26 2017 22:11:33      Ditech,    Attn: Bankruptcy,
               Po Box 6172,    Rapid City, SD 57709-6172
516648639    +EDI: HFC.COM May 26 2017 21:48:00     Hsbc Bank Usa, Na,    Po Box 2013,
               Buffalo, NY 14240-2013
516648643    +EDI: RMSC.COM May 26 2017 21:48:00     Syncb/tourneau,    Synchrony Bank,    Po Box 965064,
               Orlando, FL 32896-5064
516648644    +EDI: RMSC.COM May 26 2017 21:48:00     Synchrony Bank/ JC Penneys,    Attn: Bankruptcy,
               Po Box 956060,    Orlando, FL 32896-0001
516648645    +EDI: RMSC.COM May 26 2017 21:48:00     Synchrony Bank/Gap,    Attn: Bankruptcy,    Po Box 956060,
               Orlando, FL 32896-0001
516648651     EDI: TFSR.COM May 26 2017 21:48:00     Toyota Motor credit Corp,    Po Box 8026,
               Cedar Rapids, IA 52408
516648647    +EDI: CHRYSLER.COM May 26 2017 21:48:00     Td Auto Finance,    Attn: Bankruptcy,    Po Box 551080,
               Jacksonville, FL 32255-1080
516648648    +EDI: TDBANKNORTH.COM May 26 2017 21:48:00     Td Banknorth Maine,    Td Bank/Attn: Bankruptcy,
               Po Box 1190,    Lewiston, ME 04243-1190
516648650    +EDI: WTRRNBANK.COM May 26 2017 21:48:00     Tnb-Visa (TV) / Target,
               C/O Financial & Retail Services,    Mailstop BV  PO Box 9475,    Minneapolis, MN 55440-9475
516648656    +EDI: WFFC.COM May 26 2017 21:48:00     Wells Fargo Bank, Na,    Mac F82535-02f,    Po Box 10438,
               Des Moines, IA 50306-0438
                                                                                              TOTAL: 21

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516791418     See amended Creditor Matrix
```

```
District/off: 0312-2           User: admin              Page 2 of 2                Date Rcvd: May 26, 2017
                               Form ID: 318             Total Noticed: 41

516648622*      +Amex,   Correspondence,   Po Box 981540,   El Paso, TX 79998-1540
516648624*     ++BMW FINANCIAL SERVICES,   CUSTOMER SERVICE CENTER,   PO BOX 3608,   DUBLIN OH 43016-0306
                (address filed with court:   Bmw Financial Services,   Attn: Bankruptcy Department,   Po Box 3608,
                  Dublin, OH 43016)
516648625*     ++BMW FINANCIAL SERVICES,   CUSTOMER SERVICE CENTER,   PO BOX 3608,   DUBLIN OH 43016-0306
                (address filed with court:   Bmw Financial Services,   Attn: Bankruptcy Department,   Po Box 3608,
                  Dublin, OH 43016)
516648627*      +Capital One/Neiman Marcus/Bergdorf Goodm,   Po Box 729080,   Dallas, TX 75372-9080
516648630*      +Chase Card,   Attn: Correspondence,   Po Box 15298,   Wilmington, DE 19850-5298
516648636*      +Ditech,   Attn: Bankruptcy,   Po Box 6172,   Rapid City, SD 57709-6172
516648638*      +Garden Savings F.c.u.,   129 Littleton Rd,   Parsippany, NJ 07054-1897
516648646*      +Synchrony Bank/Gap,   Attn: Bankruptcy,   Po Box 956060,   Orlando, FL 32896-0001
516648652*     ++TOYOTA MOTOR CREDIT CORPORATION,   PO BOX 8026,   CEDAR RAPIDS IA 52408-8026
                (address filed with court:   Toyota Motor credit Corp,   Po Box 8026,   Cedar Rapids, IA 52408)
516648653*     ++TOYOTA MOTOR CREDIT CORPORATION,   PO BOX 8026,   CEDAR RAPIDS IA 52408-8026
                (address filed with court:   Toyota Motor credit Corp,   Po Box 8026,   Cedar Rapids, IA 52408)
516648654*     ++TOYOTA MOTOR CREDIT CORPORATION,   PO BOX 8026,   CEDAR RAPIDS IA 52408-8026
                (address filed with court:   Toyota Motor credit Corp,   Po Box 8026,   Cedar Rapids, IA 52408)
                                                                                           TOTALS: 1, * 11, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 28, 2017                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 26, 2017 at the address(es) listed below:
          Aileen   Perez    on behalf of Debtor Victor Jose Osorio aperezesq@yahoo.com
          Denise E. Carlon    on behalf of Creditor   U.S. Bank National Association, as Trustee for
           Citigroup Mortgage Loan Trust, Inc., Mortgage Pass-Through Certificates, Series 2007-10
           dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
          Donald Troy Bonomo    on behalf of Debtor Victor Jose Osorio dbonomo123@gmail.com
          Michael E. Blaine    on behalf of Creditor   TD Auto Finance LLC mblaine@schillerknapp.com,
           tshariff@ecf.courtdrive.com;tshariff@schillerknapp.com;jcollen@schillerknapp.com
          Nicholas J. Delzotti    on behalf of Trustee Nicholas J. Delzotti nick9151@aol.com,
           NJ58@ecfcbis.com
          Nicholas J. Delzotti    nick9151@aol.com,  NJ58@ecfcbis.com
          Scott S. Rever    on behalf of Trustee Nicholas J. Delzotti srever@wjslaw.com,
           srever@ecf.inforuptcy.com;dmendez@wjslaw.com;dmendez@ecf.inforuptcy.com
          U.S. Trustee.   USTPRegion03.NE.ECF@usdoj.gov
                                                                              TOTAL: 8
```