Form 152 – ntcvacodischg

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

           Case No.: 17−12982−RG
           Chapter: 7
           Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Victor Jose Osorio
   497 Piermont Road
   Cresskill, NJ 07626

Social Security No.:
   xxx−xx−7472

Employer's Tax I.D. No.:

**NOTICE OF ORDER VACATING**
**AN ORDER OF DISCHARGE**

NOTICE IS HEREBY GIVEN that Order of Discharge of Debtor entered on 05/26/2017 as to

☑ debtor
☐ joint debtor

has been vacated effective 10/04/2017.

Dated: October 4, 2017
JAN: slm

                      Jeanne Naughton
                      Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 17-12982-RG
Victor Jose Osorio                                                  Chapter 7
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 2           Date Rcvd: Oct 04, 2017
                              Form ID: 152             Total Noticed: 44

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 06, 2017.
```
db              +Victor Jose Osorio,    497 Piermont Road,    Cresskill, NJ 07626-1524
516648621       +Amex,   Correspondence,    Po Box 981540,    El Paso, TX 79998-1540
516648626       +Capital One/Neiman Marcus/Bergdorf Goodm,    Po Box 729080,    Dallas, TX 75372-9080
516648628       +Chase Bank,   Attn: Bankruptcy,    Po Box 15298,    Wilmington, DE 19850-5298
516648631       +Chase Card,   Po Box 15298,    Wilmington, DE 19850-5298
516648629       +Chase Card,   Attn: Correspondence,    Po Box 15298,    Wilmington, DE 19850-5298
516648632       +Chase Card Services,    Correspondence Dept,    Po Box 15278,    Wilmington, DE 19850-5278
516648633        Comenity Bank/Express,    Po Box 18215,    Columbus, OH 43218
517036000       +Creston Holding, LLC,    Goldberg Weprin Finkel Goldstei LLP,    1501 Broadway, 22nd floor,
                  New York, NY 10036-5600
516804271       +Dairyland USA,    240 Food Center Drive,    Bronx, NY 10474-7045
516804273        Federal Wine & Spirits Company,    Port Kearny,    Kearny, NJ 07032
516648637       +Garden Savings F.c.u.,    129 Littleton Rd,    Parsippany, NJ 07054-1897
516804274       +Granite Realty LLC,    Kaplan and Duval, LLP,    530 Old Country Road, Suite 200,
                  Westbury, NY 11590-4500
516648639       +Hsbc Bank Usa, Na,    Po Box 2013,    Buffalo, NY 14240-2013
516804275       +Jonathan Colon,    1099 E. 23rd Street,    Paterson, NJ 07513-1624
516804276       +Macy's,   PO Box 78008,    Phoenix, AZ 85062-8008
516804277       +Mercer County Clerk,    240 W State Street,    Trenton, NJ 08608-1002
516804278       +New York State Department of Tax,    WA Harriman Campus,    Albany, NY 12227-0001
516804279      +++ORIN MANAGEMENT CORP.,    PO BOX 541168,    FLUSHING NY 11354-7168
                (address filed with court: Orin Management Corp.,      PO Box 1168,    Flushing, NY 11354)
516804280       +Ozzie Perez,   163 Greenvale Avenue,    Yonkers, NY 10703-2003
516648640        PNC,   Attn: PNC Customer Service,    Po Box 53520,    Pittsburg, PA 15253
516648641       +Porsche Financial Srvc,    1 Porsche Dr,    Atlanta, GA 30354-1654
516648642       +Specialized Loan Servicing,    P.O.Box 636005,    Littleton, CO 80163-6005
516804281       +State of New Jersey,    Division of Taxation,    PO Box 1018,    Moorestown, NJ 08057-0018
516868862       +TD Auto Finance LLC,    c/o Michael E. Blaine, Esq.,    30 Montgomery Street, Suite 1205,
                  Jersey City, NJ 07302-3835
516648649       +TD Retail Card Services,    Attn: Bankruptcy,    1000 Macarthur Blvd,    Mahwah, NJ 07430-2035
516648651      ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
                (address filed with court: Toyota Motor credit Corp,      Po Box 8026,    Cedar Rapids, IA 52408)
516648647       +Td Auto Finance,    Attn: Bankruptcy,    Po Box 551080,    Jacksonville, FL 32255-1080
516648650       +Tnb-Visa (TV) / Target,    C/O Financial & Retail Services,    Mailstop BV  PO Box 9475,
                  Minneapolis, MN 55440-9475
516648655       +Visa Dept Store National Bank,    Attn: Bankruptcy,    Po Box 8053,    Mason, OH 45040-8053
516648656       +Wells Fargo Bank, Na,    Mac F82535-02f,    Po Box 10438,    Des Moines, IA 50306-0438
516804283       +White House Veal Company,    3591 Lorrie Drive,    Oceanside, NY 11572-5947
516804282       +Windels Marx Lane & Mittendorf, LLP,    Attn: Charles E. Simpson, Esq,    156 W. 56th Street,
                  New York, NY 10019-3800
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              E-mail/Text: usanj.njbankr@usdoj.gov Oct 04 2017 22:51:29      U.S. Attorney,    970 Broad St.,
                  Room 502,   Rodino Federal Bldg.,     Newark, NJ 07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 04 2017 22:51:27      United States Trustee,
                  Office of the United States Trustee,    1085 Raymond Blvd., One Newark Center, Suite 2100,
                  Newark, NJ 07102-5235
516648623        E-mail/PDF: ais.bmw.ebn@americaninfosource.com Oct 04 2017 23:16:35      Bmw Financial Services,
                  Attn: Bankruptcy Department,    Po Box 3608,    Dublin, OH 43016
516804272        E-mail/Text: mrdiscen@discover.com Oct 04 2017 22:51:02      Discover Financial,    PO Box 15316,
                  Wilmington, DE 19850
516868779        E-mail/Text: mrdiscen@discover.com Oct 04 2017 22:51:02      Discover Bank,
                  Discover Products Inc,    PO Box 3025,    New Albany, OH 43054-3025
516648634        E-mail/Text: mrdiscen@discover.com Oct 04 2017 22:51:02      Discover Financial,    Po Box 3025,
                  New Albany, OH 43054-3025
516648635       +E-mail/Text: bankruptcy.bnc@ditech.com Oct 04 2017 22:51:16      Ditech,    Attn: Bankruptcy,
                  Po Box 6172,    Rapid City, SD 57709-6172
516648643       +E-mail/PDF: gecsedi@recoverycorp.com Oct 04 2017 22:46:44      Syncb/tourneau,    Synchrony Bank,
                  Po Box 965064,    Orlando, FL 32896-5064
516648644       +E-mail/PDF: gecsedi@recoverycorp.com Oct 04 2017 22:46:55      Synchrony Bank/ JC Penneys,
                  Attn: Bankruptcy,    Po Box 956060,    Orlando, FL 32896-0001
516648645       +E-mail/PDF: gecsedi@recoverycorp.com Oct 04 2017 22:46:55      Synchrony Bank/Gap,
                  Attn: Bankruptcy,    Po Box 956060,    Orlando, FL 32896-0001
516648648       +E-mail/Text: bankruptcy@td.com Oct 04 2017 22:51:31      Td Banknorth Maine,
                  Td Bank/Attn: Bankruptcy,    Po Box 1190,    Lewiston, ME 04243-1190
                                                                                              TOTAL: 11
```

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
516791418       See amended Creditor Matrix
```

```
District/off: 0312-2           User: admin              Page 2 of 2               Date Rcvd: Oct 04, 2017
                               Form ID: 152             Total Noticed: 44

516648622*       +Amex,   Correspondence,    Po Box 981540,    El Paso, TX 79998-1540
516648624*      ++BMW FINANCIAL SERVICES,    CUSTOMER SERVICE CENTER,    PO BOX 3608,    DUBLIN OH 43016-0306
                 (address filed with court:   Bmw Financial Services,    Attn: Bankruptcy Department,    Po Box 3608,
                   Dublin, OH 43016)
516648625*      ++BMW FINANCIAL SERVICES,    CUSTOMER SERVICE CENTER,    PO BOX 3608,    DUBLIN OH 43016-0306
                 (address filed with court:   Bmw Financial Services,    Attn: Bankruptcy Department,    Po Box 3608,
                   Dublin, OH 43016)
516648627*       +Capital One/Neiman Marcus/Bergdorf Goodm,    Po Box 729080,    Dallas, TX 75372-9080
516648630*       +Chase Card,    Attn: Correspondence,    Po Box 15298,    Wilmington, DE 19850-5298
516648636*       +Ditech,    Attn: Bankruptcy,    Po Box 6172,    Rapid City, SD 57709-6172
516648638*       +Garden Savings F.c.u.,    129 Littleton Rd,    Parsippany, NJ 07054-1897
516648646*       +Synchrony Bank/Gap,    Attn: Bankruptcy,    Po Box 956060,    Orlando, FL 32896-0001
516648652*      ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
                 (address filed with court:   Toyota Motor credit Corp,    Po Box 8026,    Cedar Rapids, IA 52408)
516648653*      ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
                 (address filed with court:   Toyota Motor credit Corp,    Po Box 8026,    Cedar Rapids, IA 52408)
516648654*      ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
                 (address filed with court:   Toyota Motor credit Corp,    Po Box 8026,    Cedar Rapids, IA 52408)
                                                                                               TOTALS: 1, * 11, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 06, 2017                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 4, 2017 at the address(es) listed below:
          Aileen   Perez    on behalf of Debtor Victor Jose Osorio aperezesq@yahoo.com
          Denise E. Carlon    on behalf of Creditor   U.S. Bank National Association, as Trustee for
           Citigroup Mortgage Loan Trust, Inc., Mortgage Pass-Through Certificates, Series 2007-10
           dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
          Donald Troy Bonomo    on behalf of Debtor Victor Jose Osorio dbonomo123@gmail.com
          Michael E. Blaine    on behalf of Creditor   TD Auto Finance LLC mblaine@schillerknapp.com,
           tshariff@schillerknapp.com;kcollins@schillerknapp.com
          Nicholas J. Delzotti    on behalf of Trustee Nicholas J. Delzotti nick9151@aol.com,
           NJ58@ecfcbis.com
          Nicholas J. Delzotti    nick9151@aol.com,   NJ58@ecfcbis.com
          Scott S. Rever    on behalf of Trustee Nicholas J. Delzotti srever@wjslaw.com,
           srever@ecf.inforuptcy.com;dmendez@wjslaw.com;dmendez@ecf.inforuptcy.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 8
```