Form oscmlfee – oscmlfeev27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

> Case No.: 17−12982−RG
> Chapter: 7
> Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Victor Jose Osorio
   497 Piermont Road
   Cresskill, NJ 07626

Social Security No.:
   xxx−xx−7472

Employer's Tax I.D. No.:

## ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO MAKE INSTALLMENT PAYMENT(S) OR PAY MISCELLANEOUS FILING FEES

The Court having noted that:

☐   An order directing the payment of filing fees in installments was entered in the above case, and that the payment due on in the amount of $ has not been received by the Clerk,

☑   The debtor filed a Chapter 7 Voluntary Petition on February 16, 2017 on that requires the payment of a fee in the amount of $ $235.00, and that the fee has not been received by the Clerk,

It is hereby

ORDERED that the fee in the amount indicated above must be received by the Clerk on or before 10/18/17 or the case will be dismissed.

If you object to dismissal you may file a written objection or request for a hearing with the Clerk of the Bankruptcy Court at the address above. The objection or request must be received by the Clerk no later than 10/18/17.

If you file a written request for a hearing, you or your attorney must appear at a hearing to be held before the Honorable Rosemary Gambardella on

Date: October 31, 2017
Time: 10:00 am
Location: Courtroom 3E
   Address:   Martin Luther King, Jr . Federal Building
      50 Walnut Street
      3rd Floor
      Newark, NJ 07102

Dated: October 4, 2017
JAN: rah

<u>Rosemary Gambardella</u>
United States Bankruptcy Judge

United States Bankruptcy Court
District of New Jersey

In re:  
Victor Jose Osorio  
    Debtor

Case No. 17-12982-RG  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin              Page 1 of 1               Date Rcvd: Oct 04, 2017
                         Form ID: oscmlfee        Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 06, 2017.
db             +Victor Jose Osorio,    497 Piermont Road,    Cresskill, NJ 07626-1524

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 04 2017 23:25:10     United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                Newark, NJ 07102-5235
                                                                                              TOTAL: 1

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 06, 2017                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 4, 2017 at the address(es) listed below:
      Aileen  Perez    on behalf of Debtor Victor Jose Osorio aperezesq@yahoo.com
      Denise E. Carlon    on behalf of Creditor   U.S. Bank National Association, as Trustee for
       Citigroup Mortgage Loan Trust, Inc., Mortgage Pass-Through Certificates, Series 2007-10
       dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
      Donald Troy Bonomo     on behalf of Debtor Victor Jose Osorio dbonomo123@gmail.com
      Michael E. Blaine    on behalf of Creditor   TD Auto Finance LLC mblaine@schillerknapp.com,
       tshariff@schillerknapp.com;kcollins@schillerknapp.com
      Nicholas J. Delzotti    on behalf of Trustee Nicholas J. Delzotti nick9151@aol.com,
       NJ58@ecfcbis.com
      Nicholas J. Delzotti    nick9151@aol.com,   NJ58@ecfcbis.com
      Scott S. Rever     on behalf of Trustee Nicholas J. Delzotti srever@wjslaw.com,
       srever@ecf.inforuptcy.com;dmendez@wjslaw.com;dmendez@ecf.inforuptcy.com
      U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                                    TOTAL: 8