UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Order Filed on October 4, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Victor Jose Osorio

Case No.: 17-12982

Judge: RG

Chapter: 7

# ORDER VACATING DISCHARGE

The relief set forth on the following page is hereby **ORDERED**.

**DATED: October 4, 2017**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

      The Court having noted that _____Victor Jose Osorio_____, the debtor(s) in this case was discharged on _____05/26/2017_____, and that the discharge must be vacated for the reason(s) stated below:

- ❏    Debtor(s) received a discharge in this case on _____,

- ❏    Debtor(s) received a discharge in a previous case bearing case number _____, which case was commenced on _____ in the _____ Bankruptcy Court,

- ❏    Adversary Proceeding number _____ objecting to the debtor's discharge is pending,

- ❏    Debtor(s) has not filed a *Debtor's Certification of Completion of Instructional Course Concerning Financial Management* (Official Form B23) proving compliance with the instructional course requirements for discharge,

- ❏    Debtor(s) has not filed a *Certification in Support of Discharge* certifying that all domestic support obligations currently du have been paid,

- ☒    The filing fee due in this case has not been paid in full,

- ❏    Other: _____,

      IT IS ORDERED that said discharge order is vacated.

*Rev. 4/22/08; jml*

2

United States Bankruptcy Court
District of New Jersey

In re:  
Victor Jose Osorio  
    Debtor

Case No. 17-12982-RG  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: Oct 04, 2017  
                Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 06, 2017.  
db          +Victor Jose Osorio,    497 Piermont Road,    Cresskill, NJ 07626-1524

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                        TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 06, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 4, 2017 at the address(es) listed below:  
       Aileen Perez    on behalf of Debtor Victor Jose Osorio aperezesq@yahoo.com  
       Denise E. Carlon    on behalf of Creditor    U.S. Bank National Association, as Trustee for Citigroup Mortgage Loan Trust, Inc., Mortgage Pass-Through Certificates, Series 2007-10 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
       Donald Troy Bonomo    on behalf of Debtor Victor Jose Osorio dbonomo123@gmail.com  
       Michael E. Blaine    on behalf of Creditor    TD Auto Finance LLC mblaine@schillerknapp.com, tshariff@schillerknapp.com;kcollins@schillerknapp.com  
       Nicholas J. Delzotti    on behalf of Trustee Nicholas J. Delzotti nick9151@aol.com, NJ58@ecfcbis.com  
       Nicholas J. Delzotti    nick9151@aol.com, NJ58@ecfcbis.com  
       Scott S. Rever    on behalf of Trustee Nicholas J. Delzotti srever@wjslaw.com, srever@ecf.inforuptcy.com;dmendez@wjslaw.com;dmendez@ecf.inforuptcy.com  
       U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                    TOTAL: 8