# UNITED STATES BANKRUPTCY COURT

# NEW JERSEY DISTRICT OF NEWARK

In Re:   VICTOR OSORIO        )   Case No.  17-12982

                              )   Chapter 7

                              )   Judge  ROSEMARY GAMBARDELLA

                                  Bankruptcy Judge

         Debtor(s).           )

_____ )

## APPLICATION BY THE DEBTOR FOR ORDER SHORTENING TIME PERIOD AND LIMITING NOTICE UNDER FED.R..BANKR.P. 9006(C)(1) ON THE DEBTOR'S MOTION FOR AN ORDER VACATING DISMISSAL OF THE CASE

PLEASE TAKE NOTICE **that on October 31, 2017** or as soon thereafter as Counsel may be heard, at the District Court of New Jersey, Newark, New Jersey, the Debtor, through it's Counsel, Aileen Perez-Gjikova, Esq., hereby moves this Honorable Court for an Order Vacating the Dismissal of the instant Bankruptcy Case which was dismissed for failure to pay installments or miscellaneous fees on October 23, 2017 in order to proceed with the Chapter 7 Bankruptcy.

The Debtor respectfully moves the Court to issue an Order vacating the dismissal of Chapter 7 case so that the Debtor may proceed with the Bankruptcy. This Motion is brought pursuant to Section 350 of the Bankruptcy Code, Bankruptcy Rule 5010 and Local Bankruptcy Rule of Procedure 5010-1.

Respectfully submitted,

_____

Aileen Perez-Gjkova, Esq.

11 State Street

Hackensack, New Jersey 07601

# MEMORANDUM IN SUPPORT OF MOTION

The Debtor, through the undersigned counsel, filed the above captioned case on February 16, 2017 using the ECF Electronic Case Filing System.

The 341 Meeting of Creditors took place on April 13, 2017. An Order Discharging the debtor was issued on May 26, 2017. The case was closed on September 12, 2017.

On October 4, 2017, the case was administratively reopened to collect fees and notice was emailed and mailed to all parties.

Also, on October 4, 2017, an Order to Show Cause Why the Case Should Not be Dismissed re: For Failure to Pay Installment or Miscellaneous Fees and a hearing was scheduled for October 31, 2017.

My office scheduled the October 31, 2017 hearing date and also scheduled to make payment of the outstanding installment fees before that date.

This case was dismissed for failure to make installment payments or miscellaneous fees on October 23, 2017.

The installment payment was promptly made on October 24, 2017. The failure to make the installment payment constitutes excusable neglect and was an administrative error.

There is a sheriff sale scheduled for **November 3, 2017** in this matter and the debtor is attempting to save his home.

Vacatur of the dismissal in this case will in no way prejudice any creditors or parties in interest. However, if the dismissal is not vacated, the debtor will be severely prejudiced in this matter as he will be denied a discharge.

Oral argument is not requested unless an objection is filed.

**WHEREFORE** it is respectfully submitted that the untimely submission of the installment was excusable neglect.

**WHEREFORE** the Debtor respectfully moves the Court to issue an Order reopening its bankruptcy case.

Respectfully submitted,

_____

Aileen Perez-Gjkova, Esq.

11 State Street

Hackensack, New Jersey 07601

# UNITED STATES BANKRUPTCY COURT
# NEW JERSEY DISTRICT OF NEWARK

In Re:  VICTOR OSORIO            )     Case No. 17-12982
                                 )     Chapter 7
                                 )     Judge ROSEMARY GAMBARDELLA
                                        Bankruptcy Judge

        Debtor(s).               )
_____  )

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing was served upon:

Nicholas J. Delzotti, Trustee

P.O. Box 20117

Newark, NJ 07102

**Attached List of Creditors**

this 24th Day of October, by first class U.S. Mail.

_____

Aileen Perez-Gjikova, Esq.

Attorney for Debtor

10/24/2017 Case 17-12982-RG  Doc 36  Filed 10/24/17  Entered 10/24/17 14:14:01  Desc Main
Document  Page 5 of 16
U.S. Bankruptcy Court NJ - Live Database

MEANSNO, NARPT, REOPEN, DISMISSED

# U.S. Bankruptcy Court
## District of New Jersey (Newark)
### Bankruptcy Petition #: 17-12982-RG

*Assigned to:* Judge Rosemary Gambardella
Chapter 7
Voluntary
Asset

*Date filed:* 02/16/2017
*Date reopened:* 10/04/2017
*Debtor dismissed:* 10/23/2017
*341 meeting:* 05/04/2017
*Deadline for objecting to discharge:* 05/16/2017
*Deadline for financial mgmt. course:* 05/16/2017

*Debtor disposition:* Dismissed for failure to pay filing fee

**Debtor**
**Victor Jose Osorio**
497 Piermont Road
Cresskill, NJ 07626
BERGEN-NJ
SSN / ITIN: xxx-xx-7472

represented by **Donald Troy Bonomo**
Donald Bonomo, Esq.
11 State Street
2nd Floor
Hackensack, NJ 07601
201-396-9037
Fax : 201-820-0475
Email: dbonomo123@gmail.com

**Aileen Perez**
Law Offices of Aileen Perez
11 State Street
Second Floor
Hackensack, NJ 07601
201-873-2575
Fax : 201-621-4367
Email: aperezesq@yahoo.com

**Trustee**
**Nicholas J. Delzotti**
PO Box 20117
Newark, NJ 07101
973-622-3464

represented by **Nicholas J. Delzotti**
PO Box 20117
Newark, NJ 07101
973-622-3464
Email: nick9151@aol.com

**Scott S. Rever**
Wasserman, Jurista & Stolz
110 Allen Road
Suite 304
Basking Ridge, NJ 07920
(973) 467-2700
Email: srever@wjslaw.com

**U.S. Trustee**
**U.S. Trustee**
US Dept of Justice
Office of the US Trustee
One Newark Center Ste 2100

| Filing Date | # | Docket Text |
|---|---|---|
| 02/16/2017 | 1 (59 pgs) | Chapter 7 Voluntary Petition Filed by Aileen Perez on behalf of Victor Jose Osorio. (Perez, Aileen) (Entered: 02/16/2017) |
| 02/16/2017 | 2 (1 pg) | Certificate of Credit Counseling filed by Aileen Perez on behalf of Victor Jose Osorio. (Perez, Aileen) (Entered: 02/16/2017) |
| 02/17/2017 | 3 (2 pgs) | Meeting of Creditors and Notice of Appointment of Trustee Nicholas J. Delzotti, with 341(a) meeting to be held on 03/17/2017 at 10:00 AM at Suite 1401, One Newark Center. Last day to oppose discharge or dischargeability is 05/16/2017. Financial Management Course due by 05/16/2017.. (admin, ) (Entered: 02/17/2017) |
| 02/17/2017 |  | Receipt of filing fee for Voluntary Petition (Chapter 7)( 17-12982) [misc,volp7a] ( 100.00) Filing Fee. Receipt number A33624915, fee amount $ 100.00. (re: Doc#1) (U.S. Treasury) (Entered: 02/17/2017) |
| 02/19/2017 | 4 (4 pgs) | BNC Certificate of Notice - Meeting of Creditors. No. of Notices: 9. Notice Date 02/19/2017. (Admin.) (Entered: 02/20/2017) |
| 02/24/2017 | 5 (9 pgs) | Amended Schedule(s) : A/B,Summary of Schedules,Other Schedules re:Schedules A/B, Summary of Schedules and Declaration of Schedules filed by Aileen Perez on behalf of Victor Jose Osorio. (Perez, Aileen) (Entered: 02/24/2017) |
| 03/03/2017 | 6 (1 pg) | Notice of Appearance and Request for Service of Notice filed by Denise E. Carlon on behalf of U.S. Bank National Association, as Trustee for Citigroup Mortgage Loan Trust, Inc., Mortgage Pass-Through Certificates, Series 2007-10. (Carlon, Denise) (Entered: 03/03/2017) |
| 03/06/2017 | 7 (4 pgs; 2 docs) | Notice of Appearance and Request for Service of Notice filed by Michael E. Blaine on behalf of TD Auto Finance LLC. (Attachments: # 1 Certificate of Service) (Blaine, Michael) (Entered: 03/06/2017) |
| 03/16/2017 | 8 | Statement Adjourning 341(a) Meeting of Creditors. Section 341(a) Meeting Continued on 4/13/2017 at 09:00 AM at Suite 1401, One Newark Center. (Delzotti, Nicholas) (Entered: 03/16/2017) |
| 03/27/2017 | 9 (39 pgs; 6 docs) | Motion for Relief from Stay re: re: 497 Piermont Road, Cresskill, NJ, 07626. Fee Amount $ 181. Filed by Denise E. Carlon on behalf of U.S. Bank National Association, as Trustee for Citigroup Mortgage Loan Trust, Inc., Mortgage Pass-Through Certificates, Series 2007-10. Hearing scheduled for 4/25/2017 at 10:00 AM at RG - Courtroom 3E, Newark. (Attachments: # 1 Statement as to Why No Brief is Necessary # 2 Affidavit from Movant # 3 Proposed Order # 4 Loan Documents # 5 Certificate of Service) (Carlon, Denise) (Entered: 03/27/2017) |
| 03/27/2017 |  | Receipt of filing fee for Motion for Relief From Stay( 17-12982-RG) [motion,mrlfsty] ( 181.00) Filing Fee. Receipt number A33849449, fee amount $ 181.00. (re: Doc#9) (U.S. Treasury) (Entered: 03/27/2017) |

| Date | Doc | Description |
|---|---|---|
| 04/12/2017 | 10 | Statement Adjourning 341(a) Meeting of Creditors. Section 341(a) Meeting Continued on 5/4/2017 at 12:30 PM at Suite 1401, One Newark Center. (Delzotti, Nicholas) (Entered: 04/12/2017) |
| 04/25/2017 | | Minute of Hearing Held. On the Papers. (related document(s): 9 Motion for Relief From Stay filed by U.S. Bank National Association, as Trustee for Citigroup Mortgage Loan Trust, Inc., Mortgage Pass-Through Certificates, Series 2007-10) (kat) (Entered: 04/28/2017) |
| 04/27/2017 | 11 (25 pgs) | Amended Schedule(s) : E/F,Summary of Schedules,Other Schedules re:Summary of Schedules, Schedules E/F, Declaration Concerning Debtor's Schedules, Verification of Creditor Matrix and Creditor Matrix Fee Amount $ 31 filed by Aileen Perez on behalf of Victor Jose Osorio. (Perez, Aileen) (Entered: 04/27/2017) |
| 04/27/2017 | | Receipt of filing fee for Amended Schedules (Fee Attorney)( 17-12982-RG) [misc,amdsch3a] ( 31.00) Filing Fee. Receipt number A34053962, fee amount $ 31.00. (re: Doc#11) (U.S. Treasury) (Entered: 04/27/2017) |
| 04/28/2017 | 12 (2 pgs) | Order Respecting Amendment to Schedule(s) E/F (related document:11 Amended Schedules (Fee Attorney) filed by Debtor Victor Jose Osorio). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 4/28/2017. (car) (Entered: 04/28/2017) |
| 04/28/2017 | 15 (2 pgs) | Order Granting Motion For Relief From Stay re: 497 Piermont Road, Cresskill, NJ, 07626. (Related Doc # 9). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 4/28/2017. (rah) (Entered: 05/01/2017) |
| 04/30/2017 | 13 (3 pgs) | BNC Certificate of Notice - Order No. of Notices: 1. Notice Date 04/30/2017. (Admin.) (Entered: 05/01/2017) |
| 05/01/2017 | 14 (1 pg) | Notice of Requirement to File Financial Management Course Certificate (admin) (Entered: 05/01/2017) |
| 05/03/2017 | 16 (2 pgs) | BNC Certificate of Notice. No. of Notices: 1. Notice Date 05/03/2017. (Admin.) (Entered: 05/04/2017) |
| 05/03/2017 | 17 (3 pgs) | BNC Certificate of Notice - Order No. of Notices: 1. Notice Date 05/03/2017. (Admin.) (Entered: 05/04/2017) |
| 05/05/2017 | 18 (1 pg) | Notice of Proposed Abandonment re: 497 Piermont Road, Cresskill, NJ 07626. Hearing scheduled for 06/13/2017 @ 10:00 a.m. Filed by Nicholas J. Delzotti on behalf of Nicholas J. Delzotti. Objections due by 06/6/2017. (Delzotti, Nicholas) (Entered: 05/05/2017) |
| 05/05/2017 | | Chapter 7 Trustee's Report of No Distribution: I, Nicholas J. Delzotti, having been appointed trustee of the estate of the above-named debtor(s), report that I have neither received any property nor paid any money on account of this estate; that I have made a diligent inquiry into the financial affairs of the debtor(s) and the location of the property belonging to the estate; and that there is no property available for distribution from the estate over and above that exempted by law. Pursuant to Fed R Bank P 5009, I hereby certify that the estate of the above-named debtor(s) has been fully administered. I request that I be discharged from any further |

| | | |
|---|---|---|
| | | the debtor as trustee. Section 341 Meeting held on 05/04/2017. Key information about this case as reported in schedules filed by the debtor(s) or otherwise found in the case record: This case was pending for 3 months. Assets Abandoned (without deducting any secured claims): $ 1530533.00, Assets Exempt: $ 1700.00, Claims Scheduled: $ 2182953.17, Claims Asserted: Not Applicable, Claims scheduled to be discharged without payment (without deducting the value of collateral or debts excepted from discharge): $ 2182953.17. Nicholas J. Delzotti. (Delzotti, Nicholas)WITHDRAWN. Modified on 5/18/2017 (car). (Entered: 05/05/2017) |
| 05/05/2017 | [19](#) (1 pg) | Certification of Completion of Instructional Course Concerning Financial Management (Official Form 423) Filed by Donald Troy Bonomo on behalf of Victor Jose Osorio. (Bonomo, Donald) (Entered: 05/05/2017) |
| 05/10/2017 | [20](#) (3 pgs) | BNC Certificate of Notice. No. of Notices: 31. Notice Date 05/10/2017. (Admin.) (Entered: 05/11/2017) |
| 05/18/2017 | [21](#) (1 pg) | Withdrawal of Document (related document: Chapter 7 Trustee's Report of No Distribution filed by Trustee Nicholas J. Delzotti) filed by Scott S. Rever on behalf of Nicholas J. Delzotti. (Rever, Scott) (Entered: 05/18/2017) |
| 05/26/2017 | [22](#) (2 pgs) | Order Discharging Debtor. Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 5/26/2017. (sg) (Entered: 05/26/2017) |
| 05/28/2017 | [23](#) (4 pgs) | BNC Certificate of Notice - Order of Discharge and BNC Certificate of Service - . No. of Notices: 20. Notice Date 05/28/2017. (Admin.) (Entered: 05/29/2017) |
| 05/31/2017 | [24](#) (2 pgs; 2 docs) | Notice of Assets & Request for Notice to Creditors filed by Nicholas J. Delzotti. Proofs of Claim due by 8/29/2017. (Delzotti, Nicholas) (Entered: 05/31/2017) |
| 06/02/2017 | [25](#) (3 pgs) | BNC Certificate of Notice re: Notice of Assets. No. of Notices: 20. Notice Date 06/02/2017. (Admin.) (Entered: 06/03/2017) |
| 06/07/2017 | [26](#) (1 pg) | Certification of No Objection in re: Abandonment. (related document:[18](#) Notice of Proposed Abandonment re: 497 Piermont Road, Cresskill, NJ 07626. Hearing scheduled for 06/13/2017 @ 10:00 a.m. Filed by Nicholas J. Delzotti on behalf of Nicholas J. Delzotti. Objections due by 06/6/2017. filed by Trustee Nicholas J. Delzotti). The Clerk hereby certifies that no objection to this Notice of Information has been filed. (car) (Entered: 06/07/2017) |
| 07/11/2017 | | NDR Possible Closing Deadline Terminated, Reason: NARPT withdrawn (axg) (Entered: 07/11/2017) |
| 07/11/2017 | | Flags Set-Reset.ASSET flag set for the case. Reason: Notice of Assets. (axg) (Entered: 07/11/2017) |
| 08/09/2017 | | Chapter 7 Trustee's Report of No Distribution: I, Nicholas J. Delzotti, having been appointed trustee of the estate of the above-named debtor(s), report that I have neither received any property nor paid any money on account of this estate; that I have made a diligent inquiry into the financial affairs of the debtor(s) and the location of the property belonging to the |

| | | |
|---|---|---|
| | | estate; and that there is no property available for distribution from the estate over and above that exempted by law. Pursuant to Fed R Bank P 5009, I hereby certify that the estate of the above-named debtor(s) has been fully administered. I request that I be discharged from any further duties as trustee. Section 341 Meeting held on 05/04/2017. Key information about this case as reported in schedules filed by the debtor(s) or otherwise found in the case record: This case was pending for 6 months. Assets Abandoned (without deducting any secured claims): $ 1530533.00, Assets Exempt: $ 1700.00, Claims Scheduled: $ 2182953.17, Claims Asserted: Not Applicable, Claims scheduled to be discharged without payment (without deducting the value of collateral or debts excepted from discharge): $ 2182953.17. Nicholas J. Delzotti. (Delzotti, Nicholas) (Entered: 08/09/2017) |
| 09/12/2017 | 27 (1 pg) | Final Decree; The following parties were served: Trustee and US Trustee. (axg) (Entered: 09/12/2017) |
| 09/12/2017 | | Bankruptcy Case Closed. (axg) (Entered: 09/12/2017) |
| 10/04/2017 | | Bankruptcy Case administratively Reopened to collect fees (ccg) (Entered: 10/04/2017) |
| 10/04/2017 | 28 (2 pgs) | Order to Show Cause Why Case Should Not be Dismissed for re: Failure to Pay Installment or Miscellaneous Fees. If an objection is filed a hearing will be held on: October 31, 2017 at 10:00 am Courtroom 3E. Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 10/4/2017. Objection to Order to Show Cause due by 10/18/2017. (rah) (Entered: 10/04/2017) |
| 10/04/2017 | 29 (3 pgs; 2 docs) | Order Vacating Discharge Order for Debtor. Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 10/4/2017. (slm) (Entered: 10/04/2017) |
| 10/04/2017 | 30 (2 pgs) | Order Vacating Final Decree. (related document:27 Final Decree; The following parties were served: Trustee and US Trustee. (axg)). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 10/4/2017. (slm) (Entered: 10/04/2017) |
| 10/06/2017 | 31 (3 pgs) | BNC Certificate of Notice - Order Vacating Dismissal or Discharge. No. of Notices: 33. Notice Date 10/06/2017. (Admin.) (Entered: 10/07/2017) |
| 10/06/2017 | 32 (3 pgs) | BNC Certificate of Notice - Order No. of Notices: 1. Notice Date 10/06/2017. (Admin.) (Entered: 10/07/2017) |
| 10/06/2017 | 33 (3 pgs) | BNC Certificate of Notice - Order No. of Notices: 1. Notice Date 10/06/2017. (Admin.) (Entered: 10/07/2017) |
| 10/06/2017 | 34 (3 pgs) | BNC Certificate of Notice - Order No. of Notices: 1. Notice Date 10/06/2017. (Admin.) (Entered: 10/07/2017) |
| 10/23/2017 | 35 (3 pgs; 2 docs) | Order Dismissing Case for Debtor (related document:28 Show Cause re: Failure to Pay Installment or Miscellaneous Fees.). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate |

| | | |
|---|---|---|
| | | parties. See also Certificate of Notice. Signed on 10/23/2017. (rah) (Entered: 10/23/2017) |
| 10/24/2017 | | Final Installment Payment in the amount of $ 235.00 filed by Donald Troy Bonomo on behalf of Victor Jose Osorio. (Bonomo, Donald) (Entered: 10/24/2017) |
| 10/24/2017 | | Receipt of filing fee for Final Installment Payment - Ch. 7( 17-12982-RG) [misc,fnlinsta] ( 235.00) Filing Fee. Receipt number A35125039, fee amount $ 235.00. (re: Doc#) (U.S. Treasury) (Entered: 10/24/2017) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 10/24/2017 13:55:55 | | | |
| PACER Login: | aperezesq | Client Code: | |
| Description: | Docket Report | Search Criteria: | 17-12982-RG Fil or Ent: filed Doc From: 0 Doc To: 99999999 Term: included Format: html Page counts for documents: included |
| Billable Pages: | 4 | Cost: | 0.40 |

```
Albany County Clerk
95 Tivoli Street
Albany, NY 12207


Amex
Correspondence
Po Box 981540
El Paso, TX 79998


Amex
Correspondence
Po Box 981540
El Paso, TX 79998


Arlette Cancel
60 West 162nd Street
Bronx, NY 10452


Bmw Financial Services
Attn: Bankruptcy Department
Po Box 3608
Dublin, OH 43016


Bmw Financial Services
Attn: Bankruptcy Department
Po Box 3608
Dublin, OH 43016


Bmw Financial Services
Attn: Bankruptcy Department
Po Box 3608
Dublin, OH 43016


Capital One/Neiman Marcus/Bergdorf Goodm
Po Box 729080
Dallas, TX 75372


Capital One/Neiman Marcus/Bergdorf Goodm
Po Box 729080
Dallas, TX 75372


Chase Bank
Attn: Bankruptcy
Po Box 15298
Wilmington, DE 19850
```

Chase Card
Attn: Correspondence
Po Box 15298
Wilmington, DE 19850

Chase Card
Attn: Correspondence
Po Box 15298
Wilmington, DE 19850

Chase Card
Po Box 15298
Wilmington, DE 19850

Chase Card Services
Correspondence Dept
Po Box 15278
Wilmington, DE 19850

Comenity Bank/Express
Po Box 18215
Columbus, OH 43218

Dairyland USA
240 Food Center Drive
Bronx, NY 10474

Discover Financial
Po Box 3025
New Albany, OH 43054

Discover Financial
P.O. Box 15316
Wilmington, DE 19850

Ditech
Attn: Bankruptcy
Po Box 6172
Rapid City, SD 57709

Ditech
Attn: Bankruptcy
Po Box 6172
Rapid City, SD 57709

Federal WIne & Spirits Company
Port Kearny
Kearny, NJ 07032


Garden Savings F.c.u.
129 Littleton Rd
Parsippany, NJ 07054


Garden Savings F.c.u.
129 Littleton Rd
Parsippany, NJ 07054


Granite Realty LLC
Kaplan and Duval, LLP
530 Old Country Road, Suite 200
Westbury, NY 11590


Hsbc Bank Usa, Na
Po Box 2013
Buffalo, NY 14240


Jonathan Colon
1099 E.23rd Street
Paterson, NJ 07513


Macy's
P.O. Box 78008
Phoenix, AZ 85062


Mercer County Clerk
240 W. State Street
Trenton, NJ 08608


New York State Department of Tax
WA Harriman Campus
Albany, NY 12227


Orin Management Corp.
P.O. Box 1168
Flushing, NY 11354


Ozzie Perez
163 Greenvale Avenue
Yonkers, NY 10703

```
PNC
Attn: PNC Customer Service
Po Box 53520
Pittsburg, PA 15253


Porsche Financial Srvc
1 Porsche Dr
Atlanta, GA 30354


Specialized Loan Servicing
P.O.Box 636005
Littleton, CO 80163


State of New Jersey
Division of Taxation
P.O. Boxx 1018
Moorestown, NJ 08057


Syncb/tourneau
Synchrony Bank
Po Box 965064
Orlando, FL 32896


Synchrony Bank/ JC Penneys
Attn: Bankruptcy
Po Box 956060
Orlando, FL 32896


Synchrony Bank/Gap
Attn: Bankruptcy
Po Box 956060
Orlando, FL 32896


Synchrony Bank/Gap
Attn: Bankruptcy
Po Box 956060
Orlando, FL 32896


Td Auto Finance
Attn: Bankruptcy
Po Box 551080
Jacksonville, FL 32255
```

Td Banknorth Maine
Td Bank/Attn: Bankruptcy
Po Box 1190
Lewiston, ME 04243


TD Retail Card Services
Attn: Bankruptcy
1000 Macarthur Blvd
Mahwah, NJ 07430


Tnb-Visa (TV) / Target
C/O Financial & Retail Services
Mailstop BV  PO Box 9475
Minneapolis, MN 55440


Toyota Motor credit Corp
Po Box 8026
Cedar Rapids, IA 52408


Toyota Motor credit Corp
Po Box 8026
Cedar Rapids, IA 52408


Toyota Motor credit Corp
Po Box 8026
Cedar Rapids, IA 52408


Toyota Motor credit Corp
Po Box 8026
Cedar Rapids, IA 52408


Visa Dept Store National Bank
Attn: Bankruptcy
Po Box 8053
Mason, OH 45040


Wells Fargo Bank, Na
Mac F82535-02f
Po Box 10438
Des Moines, IA 50306


Wendels Marx Lane & Mittendorf, LLP
156 W.56th Street
New York, NY 10019

```
White House Veal Company
3591 Lorrie Drive
Oceanside, NY 11572
```