Form 148 – ntcdsmcs

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  17−12982−RG
Chapter:  7
Judge:  Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Victor Jose Osorio
   497 Piermont Road
   Cresskill, NJ 07626

Social Security No.:
   xxx−xx−7472

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 10/23/17.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: October 23, 2017
JAN: rah

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:
Victor Jose Osorio
    Debtor

Case No. 17-12982-RG
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-2        User: admin        Page 1 of 2        Date Rcvd: Oct 23, 2017
                    Form ID: 148      Total Noticed: 44

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 25, 2017.
```
db             +Victor Jose Osorio,    497 Piermont Road,    Cresskill, NJ 07626-1524
516648626      +Capital One/Neiman Marcus/Bergdorf Goodm,    Po Box 729080,    Dallas, TX 75372-9080
517036000      +Creston Holding, LLC,    Goldberg Weprin Finkel Goldstei LLP,    1501 Broadway, 22nd floor,
                New York, NY 10036-5600
516804271      +Dairyland USA,    240 Food Center Drive,    Bronx, NY 10474-7045
516804273       Federal Wine & Spirits Company,    Port Kearny,    Kearny, NJ 07032
516648637      +Garden Savings F.c.u.,    129 Littleton Rd,    Parsippany, NJ 07054-1897
516804274      +Granite Realty LLC,    Kaplan and Duval, LLP,    530 Old Country Road, Suite 200,
                Westbury, NY 11590-4500
516804275      +Jonathan Colon,    1099 E. 23rd Street,    Paterson, NJ 07513-1624
516804276      +Macy's,    PO Box 78008,    Phoenix, AZ 85062-8008
516804277      +Mercer County Clerk,    240 W State Street,    Trenton, NJ 08608-1002
516804278      +New York State Department of Tax,    WA Harriman Campus,    Albany, NY 12227-0001
516804279     +++ORIN MANAGEMENT CORP.,    PO BOX 541168,    FLUSHING NY 11354-7168
                (address filed with court: Orin Management Corp.,    PO Box 1168,    Flushing, NY 11354)
516804280      +Ozzie Perez,    163 Greenvale Avenue,    Yonkers, NY 10703-2003
516648640       PNC,    Attn: PNC Customer Service,    Po Box 53520,    Pittsburg, PA 15253
516648641      +Porsche Financial Srvc,    1 Porsche Dr,    Atlanta, GA 30354-1654
516648642      +Specialized Loan Servicing,    P.O.Box 636005,    Littleton, CO 80163-6005
516804281      +State of New Jersey,    Division of Taxation,    PO Box 1018,    Moorestown, NJ 08057-0018
516868862      +TD Auto Finance LLC,    c/o Michael E. Blaine, Esq.,    30 Montgomery Street, Suite 1205,
                Jersey City, NJ 07302-3835
516648649      +TD Retail Card Services,    Attn: Bankruptcy,    1000 Macarthur Blvd,    Mahwah, NJ 07430-2035
516648655      +Visa Dept Store National Bank,    Attn: Bankruptcy,    Po Box 8053,    Mason, OH 45040-8053
516804283      +White House Veal Company,    3591 Lorrie Drive,    Oceanside, NY 11572-5947
516804282      +Windels Marx Lane & Mittendorf, LLP,    Attn: Charles E. Simpson, Esq,    156 W. 56th Street,
                New York, NY 10019-3800
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Oct 23 2017 21:31:13     U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 23 2017 21:31:11      United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                Newark, NJ 07102-5235
516648621      +EDI: AMEREXPR.COM Oct 23 2017 21:23:00      Amex,    Correspondence,    Po Box 981540,
                El Paso, TX 79998-1540
516648623       EDI: BMW.COM Oct 23 2017 21:28:00      Bmw Financial Services,    Attn: Bankruptcy Department,
                Po Box 3608,    Dublin, OH 43016
516648628      +EDI: CHASE.COM Oct 23 2017 21:28:00      Chase Bank,    Attn: Bankruptcy,    Po Box 15298,
                Wilmington, DE 19850-5298
516648629      +EDI: CHASE.COM Oct 23 2017 21:28:00      Chase Card,    Attn: Correspondence,    Po Box 15298,
                Wilmington, DE 19850-5298
516648631      +EDI: CHASE.COM Oct 23 2017 21:28:00      Chase Card,    Po Box 15298,    Wilmington, DE 19850-5298
516648632      +EDI: CHASE.COM Oct 23 2017 21:28:00      Chase Card Services,    Correspondence Dept,
                Po Box 15278,    Wilmington, DE 19850-5278
516648633       EDI: WFNNB.COM Oct 23 2017 21:28:00      Comenity Bank/Express,    Po Box 18215,
                Columbus, OH 43218
516804272       EDI: DISCOVER.COM Oct 23 2017 21:23:00      Discover Financial,    PO Box 15316,
                Wilmington, DE 19850
516868779       EDI: DISCOVER.COM Oct 23 2017 21:23:00      Discover Bank,    Discover Products Inc,
                PO Box 3025,    New Albany, OH 43054-3025
516648634      +EDI: DISCOVER.COM Oct 23 2017 21:23:00      Discover Financial,    Po Box 3025,
                New Albany, OH 43054-3025
516648635      +E-mail/Text: bankruptcy.bnc@ditech.com Oct 23 2017 21:31:06      Ditech,    Attn: Bankruptcy,
                Po Box 6172,    Rapid City, SD 57709-6172
516648639      +EDI: HFC.COM Oct 23 2017 21:23:00      Hsbc Bank Usa, Na,    Po Box 2013,
                Buffalo, NY 14240-2013
516648643      +EDI: RMSC.COM Oct 23 2017 21:23:00      Syncb/tourneau,    Synchrony Bank,    Po Box 965064,
                Orlando, FL 32896-5064
516648644      +EDI: RMSC.COM Oct 23 2017 21:23:00      Synchrony Bank/ JC Penneys,    Attn: Bankruptcy,
                Po Box 956060,    Orlando, FL 32896-0001
516648645      +EDI: RMSC.COM Oct 23 2017 21:23:00      Synchrony Bank/Gap,    Attn: Bankruptcy,    Po Box 956060,
                Orlando, FL 32896-0001
516648651       EDI: TFSR.COM Oct 23 2017 21:23:00      Toyota Motor credit Corp,    Po Box 8026,
                Cedar Rapids, IA 52408
516648647      +EDI: CHRYSLER.COM Oct 23 2017 21:23:00      Td Auto Finance,    Attn: Bankruptcy,    Po Box 551080,
                Jacksonville, FL 32255-1080
516648648      +EDI: TDBANKNORTH.COM Oct 23 2017 21:28:00      Td Banknorth Maine,    Td Bank/Attn: Bankruptcy,
                Po Box 1190,    Lewiston, ME 04243-1190
516648650      +EDI: WTRRNBANK.COM Oct 23 2017 21:23:00      Tnb-Visa (TV) / Target,
                C/O Financial & Retail Services,    Mailstop BV  PO Box 9475,    Minneapolis, MN 55440-9475
516648656      +EDI: WFFC.COM Oct 23 2017 21:28:00      Wells Fargo Bank, Na,    Mac F82535-02f,    Po Box 10438,
                Des Moines, IA 50306-0438
                                                                                   TOTAL: 22
```

```
District/off: 0312-2          User: admin              Page 2 of 2            Date Rcvd: Oct 23, 2017
                             Form ID: 148              Total Noticed: 44
```

```
              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516791418       See amended Creditor Matrix
516648622*     +Amex,   Correspondence,   Po Box 981540,   El Paso, TX 79998-1540
516648624*     ++BMW FINANCIAL SERVICES,   CUSTOMER SERVICE CENTER,   PO BOX 3608,   DUBLIN OH 43016-0306
                (address filed with court:  Bmw Financial Services,   Attn: Bankruptcy Department,   Po Box 3608,
                Dublin, OH 43016)
516648625*     ++BMW FINANCIAL SERVICES,   CUSTOMER SERVICE CENTER,   PO BOX 3608,   DUBLIN OH 43016-0306
                (address filed with court:  Bmw Financial Services,   Attn: Bankruptcy Department,   Po Box 3608,
                Dublin, OH 43016)
516648627*     +Capital One/Neiman Marcus/Bergdorf Goodm,   Po Box 729080,   Dallas, TX 75372-9080
516648630*     +Chase Card,   Attn: Correspondence,   Po Box 15298,   Wilmington, DE 19850-5298
516648636*     +Ditech,   Attn: Bankruptcy,   Po Box 6172,   Rapid City, SD 57709-6172
516648638*     +Garden Savings F.c.u.,   129 Littleton Rd,   Parsippany, NJ 07054-1897
516648646*     +Synchrony Bank/Gap,   Attn: Bankruptcy,   Po Box 956060,   Orlando, FL 32896-0001
516648652*     ++TOYOTA MOTOR CREDIT CORPORATION,   PO BOX 8026,   CEDAR RAPIDS IA 52408-8026
                (address filed with court:  Toyota Motor credit Corp,   Po Box 8026,   Cedar Rapids, IA 52408)
516648653*     ++TOYOTA MOTOR CREDIT CORPORATION,   PO BOX 8026,   CEDAR RAPIDS IA 52408-8026
                (address filed with court:  Toyota Motor credit Corp,   Po Box 8026,   Cedar Rapids, IA 52408)
516648654*     ++TOYOTA MOTOR CREDIT CORPORATION,   PO BOX 8026,   CEDAR RAPIDS IA 52408-8026
                (address filed with court:  Toyota Motor credit Corp,   Po Box 8026,   Cedar Rapids, IA 52408)
                                                                              TOTALS: 1, * 11, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 25, 2017                              Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 23, 2017 at the address(es) listed below:
```
     Aileen  Perez    on behalf of Debtor Victor Jose Osorio aperezesq@yahoo.com
     Denise E. Carlon    on behalf of Creditor    U.S. Bank National Association, as Trustee for
      Citigroup Mortgage Loan Trust, Inc., Mortgage Pass-Through Certificates, Series 2007-10
      dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
     Donald Troy Bonomo    on behalf of Debtor Victor Jose Osorio dbonomo123@gmail.com
     Michael E. Blaine    on behalf of Creditor    TD Auto Finance LLC mblaine@schillerknapp.com,
      tshariff@schillerknapp.com;kcollins@schillerknapp.com;mpreston@schillerknapp.com
     Nicholas J. Delzotti    on behalf of Trustee Nicholas J. Delzotti nick9151@aol.com,
      NJ58@ecfcbis.com
     Nicholas J. Delzotti    nick9151@aol.com,  NJ58@ecfcbis.com
     Scott S. Rever    on behalf of Trustee Nicholas J. Delzotti srever@wjslaw.com,
      srever@ecf.inforuptcy.com;dmendez@wjslaw.com;dmendez@ecf.inforuptcy.com
     U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                       TOTAL: 8
```