UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Order Filed on October 23, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In Re:<br><br>Victor Jose Osorio | Case No.: _____17-12982 (RG)_____ |
| | Chapter: _____7_____ |
| | Judge: _____Gambardella_____ |

## ORDER DISMISSING CASE ON COURT'S
## ORDER TO SHOW CAUSE

The relief set forth on the following page is hereby **ORDERED**.

DATED: October 23, 2017

Honorable Rosemary Gambardella
United States Bankruptcy Judge

The court having entered an Order to Show Cause as highlighted below, and having considered all objections, if any, or held a hearing at the request of a party,

❑ Order to Show Cause Why Case Should Not Be Dismissed for Debtor's Failure to File Documents.

❑ Order to Show Cause Why Case Should Not Be Dismissed for Debtor's Failure to Meet Credit Counseling Requirements,

❑ Order to Show Cause Why Case Should Not Be Dismissed for Debtor's Failure to Comply with D.N.J. LBR 1006-1, Payment of Filing Fees in Installments,

☒ Order to Show Cause Why Case Should Not Be Dismissed for Debtor's Failure to Make Installment Payment(s) Or Pay Miscellaneous Filing Fees,

❑ Order to Show Cause Why Case Should Not Be Dismissed for Corporate Debtor's Failure to Obtain Counsel,

❑ Order to Show Cause Why Case Should Not Be Dismissed Due to Debtor's Ineligibility to be a Debtor Under Chapter 13 of the Bankruptcy Code,

❑ Other: _____

_____

And the debtor having failed to resolve or otherwise satisfy the Order(s) to Show Cause,

IT IS ORDERED that this case is dismissed and any discharge entered in this case is vacated. All outstanding fees due to the Court must be paid within seven (7) days of the date of this Order.

*rev.10/5/17*

2

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 17-12982-RG
Victor Jose Osorio                                                        Chapter 7
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin          Page 1 of 1          Date Rcvd: Oct 23, 2017
                             Form ID: pdf903       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 25, 2017.
db              +Victor Jose Osorio,   497 Piermont Road,   Cresskill, NJ 07626-1524

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                    TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 25, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 23, 2017 at the address(es) listed below:
          Aileen  Perez    on behalf of Debtor Victor Jose Osorio aperezesq@yahoo.com
          Denise E. Carlon    on behalf of Creditor   U.S. Bank National Association, as Trustee for
           Citigroup Mortgage Loan Trust, Inc., Mortgage Pass-Through Certificates, Series 2007-10
           dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
          Donald Troy Bonomo    on behalf of Debtor Victor Jose Osorio dbonomo123@gmail.com
          Michael E. Blaine    on behalf of Creditor   TD Auto Finance LLC mblaine@schillerknapp.com,
           tshariff@schillerknapp.com;kcollins@schillerknapp.com;mpreston@schillerknapp.com
          Nicholas J. Delzotti    on behalf of Trustee Nicholas J. Delzotti nick9151@aol.com,
           NJ58@ecfcbis.com
          Nicholas J. Delzotti    nick9151@aol.com,  NJ58@ecfcbis.com
          Scott S. Rever    on behalf of Trustee Nicholas J. Delzotti srever@wjslaw.com,
           srever@ecf.inforuptcy.com;dmendez@wjslaw.com;dmendez@ecf.inforuptcy.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                            TOTAL: 8