UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

**Order Filed on October 25, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Victor Osorio

Case No.: 17-12982

Chapter: 7

Judge: Rosemary Gambardella

**ORDER SHORTENING TIME PERIOD FOR NOTICE,
SETTING HEARING AND LIMITING NOTICE**

The relief set forth on the following pages, numbered two (2) and three (3) is hereby **ORDERED**.

**DATED: October 25, 2017**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

After review of the application of _____Aileen Perez-Gjikova, Esq._____ for the reduction of time for a hearing on  On the Debtor's Motion for an Order Vacating Dismissal of the Case
_____under Fed. R. Bankr. P. 9006(c)(1), it is

ORDERED as follows:

1. A hearing will be conducted on the matter on _____October 31, 2017_____ at 10:00 a.m. in the United States Bankruptcy Court, _____50 Walnut Street, Newark, New Jersey_____, Courtroom No. ___3E___ .

2. The Applicant must serve a copy of this Order, and all related documents, on the following parties: Nicholas Delzotti, Trustee and all creditors
_____

by ☒ each, ☒ any of the following methods selected by the Court:

☒ fax,   ☒ overnight mail,   ☐ regular mail,   ☒ email,   ☐ hand delivery.

3. The Applicant must also serve a copy of this Order, and all related documents, on the following parties:
_____
_____

by ☐ each, ☐ any of the following methods selected by the Court:

☐ fax,   ☐ overnight mail,   ☐ regular mail,   ☐ email,   ☐ hand delivery.

4. Service must be made:

☐ on the same day as the date of this order, or

☒ within ___1___ day(s) of the date of this Order.

5. Notice by telephone:

☒ is not required

☐ must be provided to _____

☐ on the same day as the date of this Order, or

☐ within _____ day(s) of the date of this Order.

    6. A *Certification of Service* must be filed prior to the hearing date.

    7. Any objections to the motion/application identified above:

        ☐ must be filed with the Court and served on all parties in interest by electronic or overnight mail _____ day(s) prior to the scheduled hearing; or

        ☒ may be presented orally at the hearing.

    8.  ☒ Court appearances are required to prosecute the motion/application and any objections.

        ☐ Parties may request to appear by phone by contacting Chambers prior to the return date.

*rev.2/1/16*

United States Bankruptcy Court
District of New Jersey

In re:
Victor Jose Osorio
      Debtor

Case No. 17-12982-RG
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: Oct 26, 2017
                Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 28, 2017.
db          +Victor Jose Osorio,   497 Piermont Road,   Cresskill, NJ 07626-1524

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                           TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 28, 2017                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 26, 2017 at the address(es) listed below:
       Aileen Perez    on behalf of Debtor Victor Jose Osorio aperezesq@yahoo.com
       Denise E. Carlon    on behalf of Creditor    U.S. Bank National Association, as Trustee for
       Citigroup Mortgage Loan Trust, Inc., Mortgage Pass-Through Certificates, Series 2007-10
       dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
       Donald Troy Bonomo    on behalf of Debtor Victor Jose Osorio dbonomo123@gmail.com
       Michael E. Blaine    on behalf of Creditor    TD Auto Finance LLC mblaine@schillerknapp.com,
       tshariff@schillerknapp.com;kcollins@schillerknapp.com;mpreston@schillerknapp.com
       Nicholas J. Delzotti    on behalf of Trustee Nicholas J. Delzotti nick9151@aol.com,
       NJ58@ecfcbis.com
       Nicholas J. Delzotti    nick9151@aol.com,   NJ58@ecfcbis.com
       Scott S. Rever    on behalf of Trustee Nicholas J. Delzotti srever@wjslaw.com,
       srever@ecf.inforuptcy.com;dmendez@wjslaw.com;dmendez@ecf.inforuptcy.com
       U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                            TOTAL: 8