**FILED**
JEANNE A. NAUGHTON, CLERK
OCT 3 1 2017
U.S. BANKRUPTCY COURT
NEWARK, N.J.
BY_____ DEPUTY

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| In Re: | Case No.: | 17-12982(RG) |
|---|---|---|
| Victor Jose Osorio | Hearing Date: | 10/31/17 |
| | Judge: | Gambardella |

## ORDER VACATING ORDER OF DISMISSAL

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

10-31-17        _____
                             USBJ

Page -2-

Case No. 17-12982(RG)

This matter having come before the Court at a hearing on 10/31/17 on Debtor's Motion to Vacate the Court's Order Dismissing Case, said Order Dismissing Case filed on the docket on 10/23/17; and further, for the reasons set forth on the record at the hearing on 10/31/17 and for good cause shown, it is hereby

ORDERED that the Court's Order Dismissing Case dated and filed on 10/23/17 is hereby VACATED.

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 17-12982-RG
Victor Jose Osorio                                                      Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2           User: admin              Page 1 of 1              Date Rcvd: Oct 31, 2017
                               Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 02, 2017.
db              +Victor Jose Osorio,    497 Piermont Road,    Cresskill, NJ 07626-1524

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 02, 2017                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 31, 2017 at the address(es) listed below:
              Aileen   Perez    on behalf of Debtor Victor Jose Osorio aperezesq@yahoo.com
              Denise E. Carlon    on behalf of Creditor    U.S. Bank National Association, as Trustee for
               Citigroup Mortgage Loan Trust, Inc., Mortgage Pass-Through Certificates, Series 2007-10
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Donald Troy Bonomo    on behalf of Debtor Victor Jose Osorio dbonomo123@gmail.com
              Michael E. Blaine    on behalf of Creditor    TD Auto Finance LLC mblaine@schillerknapp.com,
               tshariff@schillerknapp.com;kcollins@schillerknapp.com;mpreston@schillerknapp.com
              Nicholas J. Delzotti     on behalf of Trustee Nicholas J. Delzotti nick9151@aol.com,
               NJ58@ecfcbis.com
              Nicholas J. Delzotti    nick9151@aol.com, NJ58@ecfcbis.com
              Scott S. Rever    on behalf of Trustee Nicholas J. Delzotti srever@wjslaw.com,
               srever@ecf.inforuptcy.com;dmendez@wjslaw.com;dmendez@ecf.inforuptcy.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 8